CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: (702) 435-7968;
Fax:   1-702-825-8071
Email: attcbf@cox.net

Thomas J. Lyons, Esq. (SBN 65699)
LYONS LAW FIRM, P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone:  (651) 770-9707
Facsimile:   (651) 770-5830
Email: tlyons@lyonslawfirm.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TED LEE DALTON,<br><br>         Plaintiff,<br>v.<br><br>CREDIT ONE BANK, N.A.,<br><br>         Defendant. | Case No.:  2:17-cv-02369-APG-GWF<br><br>**STIPULATION TO STAY CLAIMS PENDING ARBITRATION** |

### STIPULATION

Plaintiff Ted Lee Dalton ("Plaintiff" or "Dalton") and Defendant Credit One Bank, N.A. ("Credit One") hereby stipulate and agree as follows:

1. Plaintiff commenced this action against Credit One on September 10, 2017 (*Dkt. 1*).

2. Credit One maintains that Plaintiff's claims against Credit One are subject to a binding arbitration agreement.

3. In response, Plaintiff agreed to arbitrate his claims as to Credit One, without admitting or conceding any matter.

4. On December 14, 2017, an arbitration was commenced with JAMS as Case Number 1260004677 (the "Arbitration").

5. JAMS has assigned this claim to Hon. Lawrence R. Leavitt (Ret.). Presently, Judge Leavitt is considering a dispositive motion, which has been fully briefed by the parties.

6. All proceedings and claims in the above-entitled action shall be stayed pending the resolution of the Arbitration.

7. The parties hereto request that the Court set a status check in this matter in approximately six months as to the status on the arbitration award to give the parties sufficient time to complete the arbitration process, and to allow any party who needs to confirm the arbitration award with the Court time in which to do so.

8. This Stipulation and Order is submitted in good faith and is not for the purpose of delay.

| | |
|---|---|
| DATED this 4th day of September 2018. | DATED this 4th day of September 2018. |
| By: s/Patrick J. Reilly<br>Patrick J. Reilly, Esq.<br>Susan M. Schwartz, Esq.<br>HOLLAND & HART LLP<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, Nevada 89134<br>*Attorneys for Credit One Bank, N.A.* | By: s/Thomas J. Lyons<br>Craig Friedberg, Esq.<br>LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.<br>4760 South Pecos Road, Suite 103<br>Las Vegas, Nevada 89121<br><br>Thomas J. Lyons, Esq.<br>LYONS LAW FIRM, P.A.<br>367 Commerce Court<br>Vadnais Heights, MN 55127<br>*(Admitted Pro Hac Vice)*<br>*Attorneys for Ted Lee Dalton* |

**ORDER**

IT IS SO ORDERED. The Court sets this matter for a status check re: arbitration on March 7, 2019 at 9:30 a.m.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: September 10, 2018.