# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TED LEE DALTON, | Case No.: 2:17-cv-02369-APG-GF |
| Claimant, | **Order Vacating Status Conference** |
| v. | [ECF No. 7] |
| CREDIT ONE BANK, N.A., | |
| Respondent | |

Based on the parties' joint status report and stipulation, the status conference scheduled for March 7, 2019 at 9:30 a.m. is vacated. The parties shall file a joint status report by September 6, 2019.

DATED this 6th day of March, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE