# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TED LEE DALTON,

     Plaintiff

v.

CREDIT ONE BANK, N.A.,

     Defendant

Case No.: 2:17-cv-02369-APG-EJY

**Order for Status Report and to Show Cause Why This Action Should Not Be Dismissed**

     I stayed this case so the parties could pursue arbitration. ECF No. 16.  The parties last advised me about the arbitration's status in September 2019. ECF No. 23.  I therefore direct the parties to provide another status report.  I also direct the parties to show cause why this action should not be dismissed since the parties have agreed to binding arbitration.

     I THEREFORE ORDER that by May 29, 2020 the parties shall file a status report regarding the arbitration.  If one or more of the parties does not agree that this case should be dismissed, that party must show cause why it should not be dismissed.  The show cause response may be included in the status report.

     DATED this 7th day of May, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE