CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: (702) 435-7968
Email: attcbf@cox.net

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TED LEE DALTON,<br><br>    Plaintiff,<br>v.<br><br>CREDIT ONE BANK, N.A.,<br><br>    Defendant. | Case No.: 2:17-cv-02369-APG-GWF<br><br>**JOINT STATUS REPORT**<br><br>**ORDER** |

### STATUS REPORT

Pursuant to the Court's Order for Status Report and to Show Cause (*ECF No. 25*), the parties hereby provide the following status report for the Court:

An Arbitration is still pending before the parties as JAMS Reference Number 1260004677. The Hon. Lawrence R. Leavitt (Ret.) has been appointed as arbitrator and has thus far granted in part and denied in part summary adjudication. The Arbitrator denied Defendant / Respondent's Motion to Dismiss or in the Alternative a Motion to Reconsider on December 24, 2019.

The parties have recently had a status conference call with Judge Leavitt and have agreed to attempt to resolve the matter and if no settlement is reached by June 12, 2020, the parties will schedule depositions, with a discovery deadline of July 31, 2020.

///

///

### SHOW CAUSE

The Federal Arbitration Act includes a provision to have an arbitration award confirmed, and it makes more sense for the Court to keep jurisdiction over the matter for that reason, and to have this action stayed pending the conclusion of arbitration.

The arbitration was delayed for approximately seven (7) months while the parties awaited a ruling from the Arbitrator on Credit One's Motion to Reconsider. The parties have been diligent in proceeding during arbitration.

Further, it is prejudicial for Plaintiff to have to pay another filing fee to open a new case.

If the Court so desires it can administratively close the case, pending a motion to re-open should the parties need to do so.

Respectfully submitted,

Dated this 28th day of May, 2020.

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK,LLP | LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ. |
| By: s/*Patrick J. Reilly* <br> PATRICK J. REILLY, ESQ. <br> *Attorneys for Defendant* | By: s/*Craig B. Friedberg* <br> CRAIG B. FRIEDBERG, ESQ. <br> *Attorney for Plaintiff* |

### **ORDER**

IT IS SO ORDERED that the above matter is administratively closed. The parties shall notify the court of the results of the arbitration once completed.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: June 8, 2020.