Craig B. Friedberg, Esq.
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: (702) 435-7968
Email: attcbf@cox.net

*Attorneys for Plaintiff Ted Lee Dalton*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TED LEE DALTON, <br><br> Plaintiff, <br><br> v. <br><br> CREDIT ONE BANK, N.A., <br><br> Defendant. | Case No.: 2:17-cv-02369-APG-GWF <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Ted Lee Dalton and Defendant Credit One Bank, N.A. hereby stipulate and agree as follows:

The above-entitled action, having been fully adjudicated via arbitration with JAMS, be dismissed with prejudice, in this Court and with JAMS, and that each party bear their own costs and attorney's fees.

DATED this <u>1st</u> day of October, 2021.          DATED this <u>1st</u> day of October, 2021.

Brownstein Hyatt Farber Schreck, LLP               Law Offices of Craig B. Friedberg, Esq.

By: ___/s/_ Patrick J. Reilly_____               By: ___/s/ Craig Friedberg_____
Patrick J. Reilly, Esq.                             Craig Friedberg, Esq.
100 North City Parkway, Suite 1600                  4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89106                             Las Vegas, Nevada 89121
*Attorneys for Credit One Bank, N.A.*               *Attorneys for Ted Lee Dalton*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: __October 5, 2021_____

1